# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00366SOM |
| CASE NAME: | USA vs. Calvin Militante |
| ATTYS FOR PLA: | Thomas Koenig |
| | Frank Condello (USPO) |
| ATTYS FOR DEFT: | Pamela Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Stephen Platt |
| DATE: | 9/7/2007 | TIME: | 2:15 - 2:45 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Calvin Militante present and in custody.

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Allocution by Defendant.

Ms. Byrne requests that the defendant be released from custody for 4 days in order to get his affairs in order - defendant to work with counsel.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 13 Months.

No further supervised release imposed.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.