# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2007

at 2 o'clock and 30 min. P M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **CALVIN MILITANTE** | Criminal Number: 1:01CR00366-001 |
| (Defendant's Name) | USM Number: 88248-022 |
| | Pamela Byrne AFPD |
| | Defendant's Attorney |

## THE DEFENDANT:

[✔]  admitted guilt to violation of conditions  General Condition; Standard Condition Nos. 2 and 7 and Special Condition No. 1  of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  **0959**

Defendant's Residence Address:
**Kaneohe, HI 96744**

Defendant's Mailing Address:
**Kaneohe, HI 96744**

SEPTEMBER 7, 2007
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

SEP 1 7 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:01CR00366-001  Judgment - Page 2 of 3
DEFENDANT: CALVIN MILITANTE

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject's urine specimens taken as part of the treatment regimen tested positive for marijuana | 1/26/07<br>2/5/07<br>3/19/07 and<br>8/2/07 |
| 2 | Subject's urine specimen tested positive for marijuana | 3/28/07 |
| 3 | Subject refused to comply with drug testing | 7/20/07 |
| 4 | Subject failed to submit a monthly supervision report for the month of July 2007 | |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:01CR00366-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | CALVIN MILITANTE | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: THIRTEEN (13) MONTHS

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal